

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = teens in tight jeans
Search Results: Displaying 1 of 5 entries



*Teens in Tight Jeans.*

|   |   |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001745168 / 2011-07-11 |
| **Application Title:** | Teens in Tight Jeans. |
| **Title:** | Teens in Tight Jeans. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | 3rd Degree Films. Address: 9035 Independence ave, canoga park, CA, 91304. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-04-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | 3rd Degree Films, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | 3rd Degree Films |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:   Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT A